IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORIDA
PENSACOLA DIVISION

WILLIE F. WHITEHEAD,
    Plaintiff,

vs.                               Case No.:  3:11cv119/LAC/CJK

SANTA ROSA CORRECTIONAL
INSTITUTION,
    Defendant.

---

## REPORT AND RECOMMENDATION

    This cause is before the court upon referral from the clerk. Plaintiff commenced this civil rights action on March 8, 2011, by filing a complaint under 42 U.S.C. § 1983 in the U.S. District Court for the Middle District of Florida. (Doc. 1) The case was transferred to this district, where plaintiff was given thirty (30) days to amend his complaint, and to either submit the $350.00 filing fee or file a motion for leave to proceed *in forma pauperis*. (Doc. 5) Plaintiff thereafter filed an amended complaint (doc. 8) and a motion to proceed *in forma pauperis* (doc. 9), but the motion was found to be deficient. On May 2, 2011, plaintiff was given another thirty (30) days to submit a consent form and printout reflecting transactions in his account for the six-month period preceding the filing of his complaint. (Doc. 10) Over the next eight months, plaintiff filed two pleadings which were both found to be deficient. Plaintiff failed, however, to pay the filing fee, or submit an *in forma pauperis* motion. On December 27, 2011, an order was entered giving plaintiff fourteen (14) days to

show cause why this action should not be dismissed for failure to prosecute and failure to comply with an order of the court. (Doc. 15) To date, plaintiff has failed to comply or explain his inability to do so.

Accordingly, it is respectfully RECOMMENDED:

1. That this cause be DISMISSED WITHOUT PREJUDICE for plaintiff's failure to prosecute and failure to comply with orders of the court.

2. That all pending motions be DENIED as moot.

3. That the clerk be directed to close the file.

At Pensacola, Florida, this 2nd day of March, 2012.

/s/ *Charles J. Kahn, Jr.*
CHARLES J. KAHN, JR.
UNITED STATES MAGISTRATE JUDGE


NOTICE TO THE PARTIES

Any objections to these proposed findings and recommendations must be filed within fourteen days after being served a copy hereof. Any different deadline that may appear on the electronic docket is for the court's internal use only, and does not control. A copy of any objections shall be served upon any other parties. Failure to object may limit the scope of appellate review of factual findings. *See* 28 U.S.C. § 636; *United States v. Roberts*, 858 F.2d 698, 701 (11th Cir. 1988).